**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:25-cr-006 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| CHARLES E. JONES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CRIMINAL TRIAL CALENDAR

| | |
|---|---|
| Pretrial Motions: | **April 5, 2027**<br>**Opposition by April 26, 2027**<br>**Reply (if any) by May 10, 2027** |
| Hearing on Pretrial Motions (if needed): | **May 21, 2027 at 1:00 p.m.**<br>**Courtroom #1, Room 805** |
| Disclosure of Anticipated Subject Areas of Expert Testimony in Case-in-Chief: | **May 28, 2027** |
| Rule 404(b) Notice Deadline:[1] | **June 21, 2027**<br>**Opposition (if any) by July 12, 2027**<br>**Reply (if any) by July 26, 2027** |
| Expert Disclosures (if any) Pursuant to Rule 16: | **July 30, 2027** |
| *Daubert* Motions (if any): | **August 20, 2027**<br>**Opposition by September 10, 2027**<br>**Reply (if any) by September 24, 2027** |
| *Daubert* Hearing (if required): | **October 8, 2027 at 1:00 p.m.**<br>**Courtroom #1, Room 805** |
| Deadline for Motions *in Limine*: | **October 15, 2027**<br>**Opposition by November 5, 2027**<br>**Reply (if any) by November 19, 2027** |
| Deadline to Submit Proposed Questions for Inclusion in the Special Questionnaire to Prospective Jurors:[2] | **October 22, 2027** |

---

[1] In the event that Defendants seek to exclude any evidence identified in the Government's Rule 404(b) Notice, the Notice will be construed as a motion, to which Defendants should file a memorandum in opposition (as opposed to a separate motion to exclude).

[2] The parties shall provide the Court with a jointly proposed Special Questionnaire, **<u>in Word format</u>**. If the parties cannot agree on the inclusion of certain questions, those questions shall be included at the end of the proposed Special Questionnaire and identified as opposed.

| | |
|---|---|
| Hearing on Motions *in Limine* (if required): | **December 10, 2027 at 1:00 p.m.**<br>**Courtroom #1, Room 805** |
| Jencks & Giglio Production: | **December 20, 2027** |
| Proposed Jury Instructions & Verdict Forms:[3] | **January 5, 2028** |
| Proposed Witness Lists & Exhibit Lists:[4] | **January 5, 2028** |
| Trial Briefs (if any): | **January 7, 2028** |
| Exhibit Binders:[5] | **January 14, 2028** |
| Final Pretrial Conference (attorneys only): | **January 14, 2028 at 1:30 p.m.**<br>**Chambers, Room 815** |
| *Voir Dire*: | **January 21, 2028 at 9:30 a.m.**<br>**Courtroom #1, Room 805** |
| Jury Trial: | **January 24, 2028 at 9:30 a.m.**<br>**Courtroom #1, Room 805** |

**IT IS SO ORDERED.**[6]

Date: 8/17/2026

Timothy S. Black
Timothy S. Black
United States District Judge

[3] Proposed jury instructions and verdict forms must be filed on the docket and must **also** be emailed, **in Word format**, to the Court's law clerk.

[4] Witness and exhibit lists must be emailed, **in Word format**, to the Court's law clerk, and may be submitted *ex parte*. Witnesses must be listed in the anticipated order of presentation.

[5] The Court requires: (A) the original set of all exhibits (witnesses' exhibit binder); (B) one complete hard-copy set of all exhibits (Judge Black's courtesy exhibit binder); and (C) one set of all exhibits in electronic format, saved to a USB flash drive (Law Clerk's exhibits). The original and Judge's copy of the exhibits must be pre-marked and organized sequentially in tabbed, three-ring binders. All three sets must be delivered to Chambers in Room 815. Counsel will not be permitted to add or amend exhibits after trial has commenced, unless counsel provides the Court with the new or amended exhibits (in all three formats) and amended exhibits lists, before the Court next reconvenes.

[6] The Court reiterates its prior findings that this case is "complex," such that it would be unreasonable to expect adequate preparation within the Speedy Trial time limits, and failure to grant a continuance would result in a miscarriage of justice. Accordingly, the time elapsing from the entry of this Criminal Trial Calendar (8/17/2026) until the commencement of trial (1/24/2028) shall be TOLLED, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and (ii).